UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Anthony Reyna, individually and on behalf of JoeCat LLC and Dreams Over Dollars Foundation, *Plaintiff,* <br><br> v. <br><br> Texas Medical Liability Trust (TMLT), *Defendant.* | Case No. 1:25-cv-01105-ADA |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Dkt. 5) as well as Plaintiff's Objections to the Report and Recommendation ("objections"), Motion to Alter or Amend Judgment, Motion for Relief from Judgment, Motion for Leave to Amend Complaint, Request for Judicial Notice, Motion for Pretrial Scheduling Order, and Demand for Jury Trial (collectively, "accompanying motions") (Dkt. 7).

When a party timely files specific, written objections to a magistrate judge's report and recommendation, the Court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(C). Such review means that the Court will examine the entire record and conduct an independent legal analysis. The Court need not, however, conduct a do novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because Plaintiff timely objected to the report and recommendation, the Court has conducted an independent review of the entire record in this cause and has

conducted a de novo review with respect to those matters raised by the Plaintiff. After due consideration, the Court concludes that Plaintiff's objections lack merit and his accompanying motions should be denied.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Dkt. 5) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FINALLY ORDERED** that the accompanying motions (Dkt. 7) are **DENIED**.

**SIGNED** on August 14, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE